(May 18, 1938.)

CHRISTINA STEBBINS, Appellant, v. THE STATE OF NEW YORK, Respondent. (Claim No. 22375.) — Judgment affirmed, with costs. All concur. (The judgment is for defendant in a claim for damages for failure to guard side of highway.) Present — Crosby, Lewis, Cunningham, Taylor and Dowling, JJ.

ETHEL JEWELL, Respondent, v. THE STATE OF NEW YORK, Appellant. (Claim No. 24624.) — Judgment affirmed; with costs. All concur. (The judgment is for claimant in a claim against the State in an automobile negligence action.) Present — Crosby, Lewis, Cunningham, Taylor and Dowling, JJ.

GREGORY MARR, an Infant, by ETHEL JEWELL, His Guardian ad Litem, Respondent, v. THE STATE OF NEW YORK, Appellant. (Claim No. 24625.) — Judgment affirmed, with costs. All concur. (The judgment is for claimant in a claim against the State in an automobile negligence action.) Present — Crosby, Lewis, Cunningham, Taylor and Dowling, JJ.

In the Matter of the Petition of MABEL J. KURTZ, Individually and as Administrator, etc., of NELLIE E. KURTZ, Deceased, for a Determination as to the Construction or Effect of the Disposition of Property Contained in the Last Will and Testament of NELLIE E. KURTZ, Deceased.— Decree affirmed, without costs of this appeal to either party. All concur. (The decree construes a will.) Present — Crosby, Lewis, Cunningham, Taylor and Dowling, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. ALEXANDER KOLADISH, Appellant, v. JOSEPH H. BROPHY, as Warden of Auburn State Prison, Auburn, New York, Respondent.— Order affirmed, without costs. All concur. (The order dismisses a writ of habeas corpus and remands relator into custody.) Present — Crosby, Lewis, Cunningham, Taylor and Dowling, JJ.

In the Matter of the Proceeding under the Grade Crossing Elimination Act, for the Elimination of the Existing Highway-Railroad Crossing at Grade of the Railroad Operated by THE NEW YORK CENTRAL RAILROAD COMPANY and Washington Street (County Highway No. 1337) in the Village of East Rochester, Monroe County. (Case No. 6014.) — Orders affirmed, with costs. All concur. (One order directs the elimination of a grade crossing and the other order amends the first order.) Present — Crosby, Lewis, Cunningham, Taylor and Dowling, JJ.

In the Matter of the Proceeding under the Grade Crossing Elimination Act for the Elimination of the Existing Highway-Railroad Crossing at Grade of the Railroad Operated by THE NEW YORK CENTRAL RAILROAD COMPANY, at West Main Street, in the City of Watertown, Jefferson County, N. Y.— Orders affirmed, with costs. All concur. (One order directs the elimination of a grade crossing; the other order denies a petition for a rehearing.) Present — Crosby, Lewis, Cunningham, Taylor and Dowling, JJ.

In the Matter of the Application of RAYMOND G. KLINE, Respondent, for an Order of Mandamus against WILLIAM HUNT, as Warden of Attica State Prison, and Others, Appellants.— Orders and judgment affirmed, with costs. All concur. (The peremptory mandamus order directs defendants to reinstate petitioner as a prison guard. The judgment awards costs. The order denies a motion for a new trial.) Present — Crosby, Lewis, Cunningham, Taylor and Dowling, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. LUIGI GUADAGNINO, Appellant, v. WILLIAM HUNT, as Warden of Attica State Prison, Attica, New York,